UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE PROQUEST COMPANY SECURITIES
LITIGATION,

Case No. 06-10619

HONORABLE AVERN COHN

_____/

## ORDER

This is a securities action. Pending before the Court are the following motions:

- A motion for sanctions by ProQuest, filed October 13, 2006

- A motion to dismiss the Consolidated Class Action Complaint by ProQuest, Alan W. Aldworth, and Kevin G. Gregory, filed October 16, 2006

- A motion to dismiss the Consolidated Class Action Complaint by James P. Roemer, filed October 16, 2006

For the reasons stated on the record at the status conference on October 19, 2006, all further proceedings in this case are STAYED pending the issuance of ProQuest's restatement. Within thirty (30) days after issuance of the restatement, plaintiffs shall file an Amended Consolidated Class Action Complaint. Defendants shall have thirty (30) days thereafter to respond to the Amended Consolidated Class Action Complaint, by motion or otherwise.

SO ORDERED.

s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2006
Detroit, Michigan